ORDERED THAT the defendant's plea of guilty is accepted and a finding of guilty shall be entered.